# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL W. HAMBLIN, D.V.M., P.C. d/b/a ALPINE ANIMAL HOSPITAL, LTD., an Illinois professional corporation, individually and as the representative of a class of similarly-situated persons, </br></br> Plaintiff, </br></br> v. </br></br> AMERICAN IV PRODUCTS, INC., a Maryland corporation, </br></br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 1:22-cv-02561 ) ) ) ) ) ) ) ) ) |

## MOTION FOR AGREED CONFIDENTIALITY ORDER

NOW COMES Defendant American IV Products, Inc., by and through its attorneys, Faegre Drinker Biddle & Reath LLP, and Plaintiff Daniel W. Hamblin, D.V.M., P.C. d/b/a Alpine Animal Hospital, Ltd., an Illinois professional corporation, individually and as the representative of a class of similarly-situated persons, by and through its attorneys, Anderson + Wanca, and moves this Court to enter an agreed confidentiality order, as follows:

1. Plaintiff brings this action for damages against Defendant under the Telephone Consumer Protection Act of 1991 ("TCPA"), 47 U.S.C. § 227, *et seq.*

2. During discovery, the parties and non-parties may be producing confidential, proprietary, non-public, financial, and commercially sensitive information, all of which is defined as Confidential Information under the Proposed Confidentiality Order.

3. The entry of the Proposed Confidentiality Order will facilitate the exchange of discovery in this matter and the protection of confidential information.

WHEREFORE, Plaintiff and Defendant jointly request that this Court enter the Proposed

Confidentiality Order.

Dated: August 1, 2022

| | |
|---|---|
| s/Ryan M. Kelly (with consent)<br>Ryan M. Kelly<br>**ANDERSON + WANCA**<br>3701 Algonquin Rd., Suite 500<br>Rolling Meadows, IL 60008<br>(847) 368-1500 (Telephone)<br>(847) 368-1501 (Facsimile)<br>rkelly@andersonwanca.com<br><br>*Attorneys for Plaintiff* | s/Justin O. Kay<br>Justin O. Kay<br>Sophie H. Gotlieb<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>320 South Canal Street, Suite 3300<br>Chicago, IL 60606-1698<br>(312) 569-1000 (Telephone)<br>(312) 569-3000 (Facsimile)<br>justin.kay@faegredrinker.com<br>sophie.gotlieb@faegredrinker.com<br><br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2022, I electronically filed the foregoing **MOTION FOR AGREED CONFIDENTIALITY ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/Justin O. Kay

*One of the Attorneys for*
*Defendant American IV Products, Inc.*