# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Daniel W. Hamblin, D.V.M., P.C. d/b/a ALPINE ANIMAL HOSPITAL, LTD.

Plaintiff,

v.

AMERICAN IV PRODUCTS, INC.

Defendant.

Case No.: 1:22−cv−02561

Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 19, 2022:

    MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the stipulated dismissal, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case is dismissed with prejudice as to the Plaintiff's individual claims and without prejudice as to the proposed−class claims, each side to bear its own fees and costs. Motion to certify class [3] is terminated as moot. Status hearing of 10/21/2022 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.